IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUDITH ANN HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CV-670-CVE-TLW |
| | ) |
| DEPARTMENT OF HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff, Judith Ann Hall, and for the Defendant, the Oklahoma Department of Human Services, hereby jointly stipulate to the dismissal of the above-styled action *without prejudice* as to the refiling against the Defendant.

Dated this 19th day of April 2017.

Respectfully Submitted,

/s/ Eric W. Stall
Eric W. Stall (OBA #13886)
2021 S. Lewis Ave., Ste 335
Tulsa, OK 74104
(918) 574-2191
Fax (918) 743-1002
*Attorney for Plaintiff*

DEPARTMENT OF HUMAN SERVICES
RONALD BAZE, GENERAL COUNSEL


/s/ John E. Douglas
John E. Douglas (OBA #2447)
Assistant General Counsel
Department of Human Services
P. O. Box 25352
Oklahoma City, OK  73125-0352
Telephone:  (405) 521-3638
Facsimile:  (405) 521-6816
*Attorneys for Defendants*

(*signed by filing attorney with permission*)


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

John E. Douglas
*Attorney for Defendant*


/s/ Eric W. Stall
Eric W. stall

2